IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ERIC MITCHELL BLANTON, )
)
    Petitioner, )
)
v. ) CASE NO. CV416-213
)
CHRISTOPHER M. CARR, )
)
    Defendant. )
)

## ORDER

Before the Court is Petitioner's Notice of Appeal, which the Court construes as a Motion for Certificate of Appealability ("COA"). (Doc. 21.) Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the court first issues a COA. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). The Court has carefully considered Petitioner's case and finds that he cannot meet the above standard. As a result, any request by Petitioner for leave to appeal in forma pauperis would be moot. Accordingly, Petitioner's construed Motion for Certificate of Appealability (Doc. 21) is **DENIED**.

SO ORDERED this **27th** day of April 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA