IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 17-10292-F

ERIC MITCHELL BLANTON,

                                                                                                             Petitioner-Appellant,

versus

THE STATE,

                                                                                                             Respondent-Appellee.

Appeals from the United States District Court
for the Southern District of Georgia

Before: TJOFLAT, WILSON and JULIE CARNES, Circuit Judges.

BY THE COURT:

    This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.

    Petitioner-Appellant Eric Mitchell Blanton, proceeding *pro se*, has appealed directly from a magistrate judge's order, which granted Mr. Blanton's motion to proceed *in forma pauperis*, denied two of his motions for preliminary injunctions, denied two motions to "invoke" 28 U.S.C. § 2254, and gave Mr. Blanton 30 days to file an amended habeas petition using the standard forms and providing specific allegations. The magistrate's order has not been adopted by the district court, and is, therefore, not an appealable order. *See Donovan v. Sarasota Concrete Co.*, 693 F.2d 1061, 1066-67 (11th Cir. 1982). Accordingly, we lack jurisdiction over this appeal, and the appeal is dismissed. *See* 28 U.S.C. § 1291.

All outstanding motions are DENIED as moot. No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 27, 2017

Eric Mitchell Blanton
Appling County Jail - Inmate Legal Mail
560 BARNES ST
BAXLEY, GA 31513

Appeal Number: 17-10292-F
Case Style: Eric Blanton v. The State
District Court Docket No: 4:16-cv-00213-WTM-GRS

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Dionne S. Young, F
Phone #: (404) 335-6224

Enclosure(s)

DIS-4 Multi-purpose dismissal letter