IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ERIC MITCHELL BLANTON, )
)
    Petitioner, )
)
v. ) CASE NO. CV416-213
)
CHRISTOPHER M. CARR, )
)
    Respondent. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 37.) After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2254 petition is **DISMISSED**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of June 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA